

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00339-CV

**IN RE MEDFINMANAGER, LLC and Joel Clapick**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed:  July 26, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On May 26, 2017, relators filed a petition for writ of mandamus. Relators also filed a motion for emergency stay, which this court granted. The real parties in interest filed a response to the petition.

The court has considered relators' petition for writ of mandamus and is of the opinion relators are not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus and lift the stay issued by this court on June 9, 2017. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015CI16271, styled *The Carlson Law Firm v. John Salas*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.